IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Stephen T. Souders, | ) |
| Plaintiff, | ) Case No. 1:15-CV-429 |
| vs. | ) |
| Mount St. Joseph University, | ) |
| Defendant. | ) |

O R D E R

Plaintiff Stephen Souders filed a motion for leave to appeal in forma pauperis pursuant to 28 U.S.C. § 1915.  Doc. No. 22.  The Court previously denied Plaintiff leave to appeal in forma pauperis (Doc. No. 19, at 4) and Magistrate Judge Litkovitz issued a Report and Recommendation (Doc. No. 23) recommending that the Court deny Plaintiff's current motion.  Plaintiff did not file objections to the Report and Recommendation within the allotted time.

Accordingly, the Court **ADOPTS** the Report and Recommendation.  Fed. R. Civ. P. 72(b)(3).  Plaintiff's motion for leave to appeal in forma pauperis is not well-taken and is **DENIED.**

    IT IS SO ORDERED

Date July 25, 2016                         s/Sandra S. Beckwith
                                                    Sandra S. Beckwith
                                              Senior United States District Judge